Law Offices of
# Shapiro, DiCaro & Barak, LLC
175 Mile Crossing Boulevard
Rochester, New York 14624
(585) 247-9000
FAX (585) 247-7380

February 7, 2017

Honorable Michael J. Kaplan
United States Bankruptcy Court
250 Olympic Towers
300 Pearl Street
Buffalo, NY 14202

RE:    Cheryl A. O'Hara
        Chapter 13
        Case Number: 15-12400
        SD&B File Number: 16-051320

Dear Judge Kaplan:

This letter hereby requests that the Motion for Relief from Stay filed in the above bankruptcy case by Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America [*Doc 24*] scheduled for February 8, 2017 at 10:00 a.m. be adjourned to March 8, 2017 at 10:00 a.m., with consent from the Debtor's attorney.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

Michael J. Chatwin

cc:    Debtor
       Cheryl A. O'Hara
       53 Stephenson Avenue
       West Seneca, NY 14224

       Attorney for Debtor
       Daniel E. Wisniewski
       Daniel E. Wisniewski, Attorney
       286 Delaware Avenue
       Suite B
       Buffalo, NY 14202

ATTORNEYS AT LAW

Michael J. Chatwin, Associate Attorney Direct (585) 770-2131

LONG ISLAND OFFICE — One Huntington Quadrangle, Suite 3N05, Melville, NY 11747 — PHONE (631) 844-9611   FAX (631) 844-9525

Trustee
Albert J. Mogavero
Chapter 13 Trustee
The Dunn Building
110 Pearl Street, 6th Floor
Buffalo, NY 14202

Joseph W. Allen, Esq.
Office of the U.S. Trustee, Olympic Towers
300 Pearl Street, Suite 401
Buffalo, NY 14202