Law Offices of
# Shapiro, DiCaro & Barak, LLC
175 Mile Crossing Boulevard
Rochester, New York 14624
(585) 247-9000
FAX (585) 247-7380

March 3, 2017

Honorable Michael J. Kaplan
United States Bankruptcy Court
250 Olympic Towers
300 Pearl Street
Buffalo, NY 14202

RE:    Cheryl A. O'Hara
         Chapter 13
         Case Number: 15-12400
         SD&B File Number: 16-051320

Dear Judge Kaplan:

This letter confirms that the Motion for Relief from Stay filed in the above bankruptcy case by Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America [*Doc 24*] scheduled for March 8, 2017 at 10:00 am has been settled with a Conditional Order. The Order was entered by the court February 28, 2017.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

*Nicole DiStasio*
Nicole DiStasio

cc:    Debtor
         Cheryl A. O'Hara
         53 Stephenson Avenue
         West Seneca, NY 14224

         Attorney for Debtor
         Daniel E. Wisniewski
         286 Delaware Avenue
         Suite B
         Buffalo, NY 14202

ATTORNEYS AT LAW

Nicole DiStasio, Associate Attorney     Direct (585) 247-9000

Trustee
Albert J. Mogavero
Chapter 13 Trustee
The Dunn Building
110 Pearl Street, 6th Floor
Buffalo, NY 14202

Joseph W. Allen, Esq.
Office of the U.S. Trustee, Olympic Towers
300 Pearl Street, Suite 401
Buffalo, NY 14202